# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Chuvalo Barringer**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00017-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Tucker et al**,** | ) | |
| | ) | |
| Defendants, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2017 Order.

March 16, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court